IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH KING,  No. 3:22-cv-00801-AR

        Plaintiff,  ORDER

   v.

CITY OF PORTLAND, BRENT TAYLOR, *personally*,

        Defendants.

HERNÁNDEZ, District Judge:

    Magistrate Judge Jeff Armistead issued a Findings and Recommendation on August 23, 2023, in which he recommends that the Court grant the City of Portland's Motion to Dismiss and grant Plaintiff leave to file an amended complaint. F&R, ECF 16. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 – ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Findings and Recommendation, 16. Accordingly, the Court grants Defendant City of Portland's Motion to Dismiss, ECF 9, and grants Plaintiff leave to file an amended complaint to cure the deficiencies set out in the Findings and Recommendation no later than October 14, 2023.

IT IS SO ORDERED.

DATED: September 26, 2023 .

 *[signature]*
MARCO A. HERNÁNDEZ
United States District Judge